1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net
5
   Attorney for Plaintiff Scott N. Johnson
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  SCOTT N. JOHNSON,                 Case No.: CIV.S 10-02627-FCD-GGH

13                                    **STIPULATED DISMISSAL OF**
                                      **DEFENDANT SAFEWAY INC. ONLY;**
14              Plaintiff,            **ORDER**

15      vs.

16                                    Complaint Filed:  JULY 22, 2010

17  THRIFTY PAYLESS, INC., ET AL,

18                                    **CASE TO REMAIN OPEN WITH**
               Defendants.           **REMAINING DEFENDANTS**
19

20  _____

21

22      **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant, Safeway

23  Inc., by and through their designated Counsel of record (Scott N. Johnson; Stephen Q. Rowell)

24  that Defendant (Safeway Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to

25  FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.

26

27

28

                                        1

1

2          DISABLED ACCESS PREVENTS
           INJURY, INC.
3

4    Dated: January 15, 2011          /s/Scott N. Johnson_____
                                      SCOTT N. JOHNSON
5                                     Attorney for Plaintiff

6

7

8

9    Dated: January ___, 2011          _/s/ Stephen Q. Rowell_____
                                      STEPHEN Q ROWELL
10                                    Attorney for Defendant
                                      Safeway, Inc.
11

12

13

14        **IT IS SO ORDERED** that **Defendant, Safeway, Inc.**, is hereby dismissed **WITH**

15   **PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining

16   Defendants.

17

18

19   Dated: January 18, 2011

20                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

STIPULATED DISMISSAL AND ORDER                    CIV: S-10-02627-FCD-GGH