UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT N. JOHNSON, | No. 2:10-cv-2627 FCD GGH |
| Plaintiff, | |
| v. | **ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |
| THRIFTY-PAYLESS, INC., et al., | |
| Defendants. | |

Plaintiff filed this action on September 27, 2010. On December 29, 2010, defendant Thrifty-Payless, Inc., filed an answer to the complaint, and on January 18, 2011, defendant Safeway, Inc., was dismissed. Pursuant to the Order Requiring a Joint Status Report filed September 27, 2010, plaintiff was to have served all parties within 120 days, and the parties were to file a Joint Status Report within sixty (60) days of service of the complaint on all parties. On February 25, 2011, the Court

1

issued a Minute Order instructing plaintiff to file a declaration as to the status of defendant Wec 97k-28, REIT, and for plaintiff and defendant Thrifty-Payless, Inc., to file a Joint Status Report on or before March 25, 2011. As of today's date, plaintiff has not been filed a declaration, nor have the parties filed a Joint Status Report.  Therefore, the Court makes the following orders:

    1.  Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failure to file a declaration, and to submit a Joint Status Report in accordance with the Court's order filed September 27, 2010.

    2.  Counsel for Thrifty-Payless, Inc., is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failure to submit a Joint Status Report in accordance with the Court's order filed September 27, 2010.

    3.  The parties shall file a response to this Order to Show Cause on or before April 15, 2011.

    4.  A hearing on this Order to Show Cause is set for Friday, April 29, 2011 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: March 29, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE